UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacki Hilbert, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>Belfast Gastro Pub Inc., David Crowe, an individual, Robert Fortier, an individual,<br><br>　　　　　　　　　　　Defendants. | 24-CV-02515 (JMA)(LGD) |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 68, Plaintiff, Jacki Hilbert, accepts Defendants' Offer of Judgment in the above-captioned action, which is attached hereto as Exhibit 1.

Dated: Mineola, NY
　　　　June 2, 2025

　　　　　　　　　　　　　　　　　　　　RAYMOND NARDO, P.C.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RAYMOND NARDO, ESQ.
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　129 Third Street
　　　　　　　　　　　　　　　　　　　　Mineola, NY 11501
　　　　　　　　　　　　　　　　　　　　(516)248-2121
　　　　　　　　　　　　　　　　　　　　Email: Nardo@Raynardo.com