UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacki Hilbert, on behalf of herself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>-against-<br><br>Belfast Gastro Pub Inc., David Crowe, an individual, Robert Fortier, an individual,<br><br>                              Defendants. | 24-CV-02515 (JMA)(LGD) |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 68, Plaintiff/opt-in, Melissa Toeleli, accepts Defendants' Offer of Judgment in the above-captioned action, which is attached hereto as Exhibit 1.

Dated: Mineola, NY
       June 2, 2025

                              RAYMOND NARDO, P.C.

                              */s/ Raymond Nardo*
                              _____
                              RAYMOND NARDO, ESQ.
                              Counsel for Plaintiff
                              129 Third Street
                              Mineola, NY 11501
                              (516)248-2121
                              Email: Nardo@Raynardo.com