UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JACKI HILBERT, on behalf of herself and all
others similarly situated,

                Plaintiffs,

  - against -                                            **JUDGMENT**
                                                                          CV 24-2515 (JMA) (LGD)
BELFAST GASTRO PUB, INC., DAVID CROWE, an
Individual, and ROBERT FORTIER, an individual,

                Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff Jacki Hilbert on June 2, 2025, accepting Defendants' May 9, 2025 offer to allow judgment against them in the amount of $1,000.00, inclusive of all damages, liquidated damages and/or penalties, interest, reasonable attorneys' fees, costs, expenses and reasonable expert fees actually incurred to the extent that said Plaintiff is entitled to the foregoing by law, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Jacki Hilbert against Defendants Belfast Gastro Pub, Inc., David Crowe and Robert Fortier in the amount of $1,000.00, inclusive of all damages, liquidated damages and/or penalties, interest, reasonable attorneys' fees, costs, expenses and reasonable expert fees actually incurred to the extent that said Plaintiff is entitled to the foregoing; and that this case is closed.

Dated:  June 6, 2025
         Central Islip, New York

                                                                   BRENNA B. MAHONEY
                                                                    CLERK OF COURT

                                 By:       /s/ James J. Toritto
                                                                  Deputy Clerk